# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141910-11

BLUE RIVER FINANCIAL GROUP, INC.,
      Plaintiff-Appellee,

v

SC: 141910
COA: 289396
Macomb CC: 2007-003293-CK

TBI ENTERPRISES, L.L.C., EUGENE J.
THOMAS, and WALTER THOMAS,
      Defendants-Appellants.
_____/

COMPUTER BUSINESS WORLD, L.L.C.,
      Plaintiff-Appellee,

v

SC: 141911
COA: 290366
Oakland CC: 2008-093586-CK

EUGENE THOMAS, WALTER THOMAS, CBW
ENTERPRISES, INC., CBW TECHNOLOGIES,
INC., SCD ENTERPRISES, INC., AMERICAN
EAGLE WARRANTY CORPORATION, TIMES
SQUARE, INC., and TBI PROPERTIES, L.L.C.,
      Defendants-Appellants.
_____/

On order of the Court, the application for leave to appeal the September 2, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

ZAHRA, J., did not participate because he was on the Court of Appeals panel.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011

_____
Clerk

d0228